# UNITED STATES DISTRICT COURT

Middle District of North Carolina

| | | |
|---|---|---|
| RESTONEY ROBINSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:06CV1081 |
| UNKNOWN PERSONS, | ) | **ORDER** |
| Defendants. | ) | |

### J-U-D-G-M-E-N-T

On December 18, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. 636(b). No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.[1]

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's complaint [Pleading no. 1] be and the same hereby is, **DISMISSED** without prejudice because Plaintiff has disobeyed the provisions of the permanent pre-filing injunction entered against him in No. C-88-898-S.

This the day of February 12, 2007

    /s/ N. Carlton Tilley, Jr.
United States District Judge

---

[1] Plaintiff's motion for appointment of counsel (docket no. 4) is DENIED.